Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:12-cv-01508-AWI-BAM |
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |
| RUBEN GARCIA ARANDA, et al. | |
| Defendant. | |

TO THE HONORABLE BARBARA A. MCAULIFFE ARMSTRONG, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Thursday, December 13, 2012 at 9:00 AM to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the Defendant Ruben Garcia Aranda has not yet answered Plaintiff's Complaint (despite service of suit papers).

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. 1:12-cv-01508-AWI-BAM
PAGE 1

case itself or the preparation of a Initial Scheduling Conference Statement[1].

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Thursday, December 13, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: December 6, 2012

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///

_____

[1] Plaintiff is informed and believes that defendant Ruben Garcia Aranda has been served on or about November 25, 2012. As such, as of this writing Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. 1:12-cv-01508-AWI-BAM**
**PAGE 2**

**<u>ORDER</u>**

The Court, having considered Plaintiff's Ex Parte Motion to Continue Initial Scheduling, and for good cause being shown, **IT IS HEREBY ORDERED** that the Scheduling Conference is continued from December 13, 2012 at 9:00am to January 29, 2013 at 9:00 AM in Courtroom 8 before Judge McAuliffe.  A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.  The parties may appear by telephone.

IT IS SO ORDERED.

Dated:   **December 7, 2012**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. 1:12-cv-01508-AWI-BAM**
**PAGE 3**