# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS INC. | 1:12-cv-1508-AWI-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| RUBEN GARCIA ARANDA d/b/a/ EL CACHANILLA POOL HOUSE, | |
| Defendant. | |

On March 26, 2013, Plaintiff J&J Sports Production Inc. ("Plaintiff") filed a Motion for Default Judgment. (Doc. 11). On May 7, 2013, Defendant Ruben Garcia ("Defendant") filed a Motion to Set Aside the Clerk's Entry of Default. (Doc. 15).

On July 17, 2013, United States Magistrate Judge Barbara A. McAuliffe issued Findings and Recommendations ("F&R") which were served on the parties and contained notice that any objections to the F&R were to be filed within fifteen days of service of the Order. (Doc. 19). To date, no party has filed an opposition.

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the F&R is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 17, 2013, are adopted in full;[1]
2. Defendant's Motion to Set Aside Entry of Default is GRANTED;
3. Plaintiff's Motion for Default Judgment is DENIED as moot;
4. Defendant shall file a written answer with the Court on or by September 26, 2013; and
5. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 3, 2013

_____
SENIOR DISTRICT JUDGE

---

[1] The F&R recommended a deadline for filing an answer, and also set a status conference with the Magistrate Judge. However, the deadlines for those events have now passed. The Court will set a new deadline for Defendant to file an answer, and will refer the matter back to the Magistrate Judge for further proceedings.