UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No.: 1:12-cv-1508-AWI-BAM |
| Plaintiff, | **ORDER SETTING SCHEDULING CONFERENCE** |
| v. | |
| RUBEN GARCIA ARANDA d/b/a EL CACHANILLA POOL HOUSE, | |
| Defendant. | |

On November 6, 2013, the Court held a scheduling conference. Counsel Thomas Riley appeared telephonically for Plaintiff. Defendant Ruben Garcia, in pro per, appeared in person.

Due to the procedural posture of this case, the Court did not provide case management dates. The parties discussed the potential for settlement and the need for Defendant to file an answer to Plaintiff's Complaint. The parties discussed having a telephone conference on **November 6, 2013**, at 1:30 p.m. to discuss the potential for settlement, and the need for Defendant to file an answer to Plaintiff's Complaint. Having considered the arguments of the parties, the Court ORDERS as follows:

1

The Court sets a Scheduling Conference for **November 26, 2013,** at 8:30 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe. If the parties file a notice of settlement prior to the Scheduling Conference, the Court will vacate the hearing. If the parties are unable to settle, Defendant is admonished that he is required to file an answer to Plaintiff's Complaint prior to the Scheduling Conference. The Court intends to set pre-trial and trial dates at the Scheduling Conference.

IT IS SO ORDERED.

Dated: **November 6, 2013**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE