UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RUBEN GARCIA ARANDA d/b/a EL CACHANILLA POOL HOUSE, <br><br> Defendants. <br> _____ / | Case No. 1:12-cv-1508-AWI-BAM <br><br> ORDER CONTINUING SCHEDULING CONFERENCE <br><br> **New Date:** March 12, 2014 <br> **Time:** 8:30 a.m. <br> **Courtroom:** 8 <br><br> Magistrate Judge Barbara McAuliffe |

On February 20, 2014, the Court held a scheduling conference. Counsel Thomas Riley appeared telephonically for Plaintiff. Reynaldo Pulido made a special appearance on behalf of Defendant Ruben Garcia Aranda. Defendant Ruben Garcia Aranda did not appear.

Due to the procedural posture of this case, the Court did not provide case management dates. The parties discussed the potential for settlement and the need to continue the scheduling conference. In light of continued settlement negotiations, the Court HEREBY CONTINUES the Scheduling Conference to **March 12, 2014, at 8:30 AM**, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe. If the parties file a notice of settlement prior to the scheduling conference, the Court will vacate the hearing.

1

If the parties are unable to settle, Defendant Ruben Garcia Aranda is admonished that he **MUST APPEAR IN PERSON** at the scheduling conference bring his own translator. It is not necessary for the parties to file a joint scheduling report prior to the conference, but all parties appearing should be prepared to discuss trial and discovery dates.

Failure to comply with this order may subject the party with appropriate sanctions.

IT IS SO ORDERED.

Dated:   **February 21, 2014**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2