**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | Case No.: 1:12-cv-1508-AWI-BAM |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE TO RUBEN** |
| | ) | **GARCIA ARANDA** |
| v. | ) | |
| | ) | **(APPEARANCE REQUIRED)** |
| RUBEN GARCIA ARANDA d/b/a EL | ) | |
| CACHANILLA POOL HOUSE, | ) | Date: March 27, 2014 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Dept.: 8 (BAM) |
| | ) | |

On March 12, 2014, this Court held an initial scheduling conference.  (Doc. 33.)  Counsel Mark Johnson appeared in person for Plaintiff.  Defendant Ruben Garcia Aranda did not appear.  Due to Mr. Aranada's failure to appear at the scheduling conference, the Court did not issue case management dates.

The Court previously continued the scheduling conference due to ongoing settlement negotiations.  (Doc. 32.)  In that Order, the Court admonished Mr. Aranda that he was required to appear at the March 12, 2014 scheduling conference in person.  *Id.* The Court cautioned Mr. Aranda that "[f]ailure to comply with this order may subject the party . . . [to] sanctions." *Id.*

Defendant Ruben Garcia Aranda is ORDERED TO APPEAR AND TO SHOW CAUSE, on **March 27, 2014, at 9:00 a.m.** in Department 8 of this Court, why this Court should not enter default

1

against him for his failure to participate in these proceedings and obey the orders of this Court. *See, Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir.1986) ("District courts have inherent power to control their dockets. In the exercise of that power they may impose sanctions including, where appropriate, default or dismissal.")

**Failure to appear at the hearing on the Order to Show Cause will result in a recommendation that default be entered against Defendant Ruben Garcia Aranda and all his rights in this case forfeited.**

IT IS SO ORDERED.

Dated:   **March 13, 2014**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

2