UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | Case No.: 1:12-cv-1508-AWI-BAM |
| ) | |
| Plaintiff, ) | **ORDER FOR PLAINTIFF'S COUNSEL TO SUBMIT DECLARATION** |
| ) | |
| v. ) | |
| ) | |
| RUBEN GARCIA ARANDA d/b/a EL ) | |
| CACHANILLA POOL HOUSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On March 12, 2014, this Court held an initial scheduling conference. (Doc. 33.) Counsel Mark Johnson appeared in person for Plaintiff. Defendant Ruben Garcia Aranda, in pro per, did not appear. Due to Mr. Aranda's failure to appear at the scheduling conference, the Court did not issue case management dates.

During the March 12, 2014 hearing, the Court inquired into Plaintiff's ongoing settlement negotiations with Defendant, whether Plaintiff was in contact with Defendant, and the substance of any communications between Plaintiff and Defendant. The counsel who appeared at the hearing, however, was not Plaintiff's counsel of record and was unable to address the Court's concerns.

/././

1

1	Plaintiff's counsel of record, Thomas Peter Riley, Jr., is HEREBY ORDERED, no later than
2	March 21, 2014, to submit a declaration addressing the following matters:
3	   1.   The Status of Plaintiff's settlement negotiations with Defendant;
4	   2.   Whether Plaintiff has maintained contact with Defendant; and
5	   3.   The substance of any communications between Plaintiff and Defendant which may
6	assist this Court in these proceedings.
7	   Failure to timely comply with this Order will result in the imposition of sanctions.

9	IT IS SO ORDERED.

10	   Dated:   **March 13, 2014**              /s/ *Barbara A. McAuliffe*
11	                                         UNITED STATES MAGISTRATE JUDGE