# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No.: 1:12-cv-1508-AWI-BAM |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE TO RUBEN GARCIA ARANDA** |
| v. | |
| RUBEN GARCIA ARANDA d/b/a EL CACHANILLA POOL HOUSE, | |
| Defendant. | |

On March 13, 2014, this Court issued an Order to Show Cause to Defendant Ruben Garcia Aranda for his failure to appear at the March 12, 2014 scheduling conference.  (Doc. 34.)  Mr. Aranda subsequently appeared at the March 27, 2014 hearing on the Order to Show Cause, and was prepared to move forward with case management dates.

For good cause, this Court DISCHARGES the Order to Show Cause.  (Doc. 34.)

IT IS SO ORDERED.

Dated: __April 1, 2014__               /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

1