Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:12-cv-01508-AWI-BAM |
| Plaintiff, | |
| v. | ORDER CONTINUING MOTION HEARING |
| RUBEN GARCIA ARANDA a/k/a RUBEN GARCIA, | |
| Defendant. | |

### ORDER

   IT IS HEREBY ORDERED that Plaintiff's Notice of Request to Continue Plaintiff's Notice of Motion and Motion for Terminating Sanctions hearing in civil action 1:12-cv-01508-AWI-BAM styled *J & J Sports Productions, Inc. v. Aranda,* is hereby continued from Friday, August 22, 2014 to the new date of Friday, October 10, 2014.

IT IS SO ORDERED.

   Dated:   **August 4, 2014**          */s/ Barbara A. McAuliffe*

                                    UNITED STATES MAGISTRATE JUDGE