**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RUBEN GARCIA ARANDA d/b/a EL CACHANILLA POOL HOUSE, <br><br> Defendant. | Case No.: 1:12-cv-1508-AWI-BAM <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING CLERK TO ENTER DEFAULT AGAINST DEFENDANT RUBEN GARCIA ARANDA** <br><br> (Docs. 40, 44.) |

On October 10, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff J&J Sports Production, Inc.'s ("Plaintiff") Motion for Terminating Sanctions against Defendant Ruben Aranda Garcia be granted. (Doc. 44.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days after service of the order. Well over fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for terminating sanctions against Defendant RUBEN GARCIA ARANDA d/b/a EL Cachanilla Pool House is GRANTED;
2. The Clerk is DIRECTED to enter default against Defendant RUBEN GARCIA ARANDA d/b/a EL Cachanilla Pool House;
3. Any Motion for Default Judgment by Plaintiff shall be filed within 30 days from the date of this ORDER;
4. All other dates are VACATED.

IT IS SO ORDERED.

Dated:   November 19, 2014

SENIOR  DISTRICT  JUDGE

2