**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> RUBEN GARCIA ARANDA d/b/a EL CACHANILLA POOL HOUSE, <br> Defendant. | Case No.: 1:12-cv-1508-AWI-BAM <br><br> ORDER TAKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION |

Currently before the Court is Plaintiff's Motion for Default Judgment.  (Doc. 47.) Defendant has not opposed the motion. The Court has determined that the motion is suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the Court VACATES the hearing currently set for January 23, 2015, and ORDERS the parties NOT TO APPEAR at that time.  Local Rule 230(c) and (g).  Pursuant to Local Rule 230(g) (Fed. R. Civ. P. 78), the matter is hereby submitted on the pleadings and the Court will take the motion under submission.

IT IS SO ORDERED.

Dated: **January 13, 2015**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1